```
 1  ILENE J. LASHINSKY (#003073)
    United States Trustee
 2  District of Arizona

 3  CHRISTOPHER J. PATTOCK (#009797)
    Trial Attorney
 4  230 North First Avenue, #204
    Phoenix, Arizona  85003-1706
 5  (602) 682-2600 (phone)
    (602) 514-7270 (fax)
 6
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re | ) | Chapter 11 |
|---|---|---|
|  | ) |  |
| THE ROMAN CATHOLIC CHURCH OF THE | ) | Case No. 4-04-04721-TUC-JMM |
| DIOCESE OF TUCSON, | ) |  |
|  | ) | APPOINTMENT OF OFFICIAL |
|  | ) | COMMITTEE OF TORT |
| Debtor. | ) | CREDITORS |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtor, being among those holding tort claims and who are willing to serve, are appointed to the official committee of tort creditors:

1. Thomas A. Groom
2. Diana Holmes
3. Jeanne Metzger
4. Michael Moylan
5. Brian O'Connor

Respectfully submitted,

ILENE J. LASHINSKY
United States Trustee
District of Arizona

Dated: October  14 , 2004.    /s/ CJP (#009797)
                              CHRISTOPHER J. PATTOCK
                              Trial Attorney

Copies of the foregoing mailed to the creditors appointed as listed above and to those others who expressed an interest in serving on the committee, and the following this 14th day of October, 2004:

Susan G. Boswell, Esq.
Quarles & Brady Streich Lang
One South Church Avenue, Suite 1700
Tucson, AZ 85701-1621
Attorneys for Debtor

Lynne M. Cadigan, Esq.
Cadigan & Williamson, PLLC
504 S. Stone Avenue
Tucson, AZ 85701-2308

Marjorie Fisher Cunningham, Esq.
Curtis & Cunningham
5610 E. 22nd Street
Tucson, AZ 85711

Bruce G. Macdonald, Esq.
McNarmara, Goldsmith, Jackson
  & Macdonald
1670 E. River Road, Suite 200
Tucson, AZ 85718

Doug Zanes, Esq.
Doug Zanes & Associates
5151 E. Broadway, #650
Tucson, AZ 85711

G. David DeLozier, Esq.
Law Offices of G. David DeLozier, PC
4016 E. Forest Pleasant Place
Cave Creek, AZ 85331

Ivan S. Abrams, Esq.
Law Offices of Ivan S. Abrams
177 N. Church Avenue, Suite 200
Tucson, AZ 85701

/s/ Christine Dior

- 2 -