FILED
OCT 27 2004
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC CHURCH OF DIOCESE OF TUCSON *aka* THE DIOCESE OF TUCSON, an Arizona corporation sole,<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>No. 4-04-bk-04721-JMM<br><br>**ORDER APPOINTING AN "UNKNOWN CLAIMS" REPRESENTATIVE AND A GUARDIAN AD LITEM** |

　　　　　Pending before the court is a request to appoint claims representatives to function on behalf of the estate as advocates for two groups of claimants in this proceeding: (1) a claims representative for those persons who are of adult age whose claims currently exist but who do not realize and who will not realize, prior to the April 15, 2005 deadline for filing claims, that they have claims against the estate; and (2) a guardian ad litem for persons currently under the age of majority, and for those persons who may have reached the age of majority but for whom the state statute of limitations has not yet run.

　　　　　These two groups of potential claimants require representation in order for such creditors to have a voice and legal representation in these proceedings.

　　　　　The responsibilities and duties of each of the persons appointed herein will be to:

(1)　investigate and evaluate the number of claims and extent of potential claims for each class;

(2)　employ such experts or other professional persons as may be required in order to best determine such figures;

(3)　file proofs of claim on behalf of such classes prior to the April 15, 2005 deadline, or any extension thereof, set by this court;

(4)　negotiate on behalf of such classes the treatment of each such class in any pending or proposed plan of reorganization;

(5)　advocate the legal position of each represented class in any proceeding before this court or any court of appeal;

h:\wp\orders\diocese

Case 4:04-bk-04721-BMW    Doc 100    Filed 10/27/04    Entered 10/27/04 15:59:49    Desc
Main Document    Page 1 of 5

(6) present, as necessary, evidence on any issue affecting said class; and

(7) file such pleadings in this case as are necessary or appropriate.

Therefore, in light of the foregoing, **IT IS ORDERED** the following persons are appointed as said representatives:

**Unknown Claims Representative:**

A. Bates Butler
Fennemore Craig, P.C.
One South Church, Suite 100
Tucson, AZ 85701-1627

**Guardian Ad Litem**

Charles L. Arnold
Frazer Ryan Goldberg Arnold & Gittler LLP
3101 N Central, Suite 1600
Phoenix, AZ 85012-2615

**GUARDIAN AD LITEM**

**IT IS FURTHER ORDERED** that any interested party shall file objections to such appointments on or before November 3, 2004 at 11:00 a.m.

**IT IS FURTHER ORDERED** that a hearing will be held on any such objections on November 3, 2004 at 11:00 a.m.

**IT IS FURTHER ORDERED** that each of said persons shall participate in this case as court-appointed professionals and shall file all requests for compensation, applications for employment, and all disclosures of disinterestedness pursuant to 11 U.S.C. § 327-331 and Bankruptcy Rules 2014-2017.

**IT IS FURTHER ORDERED** that said persons shall be compensated as a cost of administration of this estate in the same manner and on the same terms as all other court-appointed

professionals.

DATED: October **27**, 2004.

*/s/ James M. Marlar*
JAMES M. MARLAR
UNITED STATES BANKRUPTCY JUDGE

COPIES served as indicated below this **27**
day of October, 2004, upon:

| | |
|---|---|
| Susan G. Boswell and Kasey C. Nye<br>Quarles & Brady Streich Lang LLP<br>One South Church Avenue, Suite 1700<br>Tucson, Arizona 85701-1621<br>sboswell@quarles.com<br>knye@quarles.com<br>Attorneys for Debtor | Lowell E. Rothschild and Michael McGrath<br>Mesch, Clark & Rothschild, P.C.<br>259 North Meyer Avenue<br>Tucson, Arizona 85701-1090<br>lrothschild@mcrazlaw.com<br>mmcgrath@mcrazlaw.com<br>Attorneys for Roman Catholic Parishes |
| Gerard R. O'Meara<br>Gust Rosenfeld<br>One South Church Avenue, Suite 1900<br>Tucson, Arizona 85701<br>gromeara@gustlaw.com<br>Attorneys for the Diocese of Tucson | Rob Charles<br>Lewis and Roca LLP<br>One South Church Avenue, Suite 700<br>Tucson, Arizona 85701-1611<br>rcharles@lrlaw.com<br>Attorneys for Catholic Foundation for the Diocese of Tucson |
| Thomas A. Zlaket<br>Thomas A. Zlaket, P.L.L.C.<br>310 South Williams Blvd., Suite 170<br>Tucson, Arizona 85711-4446<br>tazlaket@qwest.net<br>Attorneys for the Diocese of Tucson | Daniel J. Quigley<br>Quigley & Whitehill, P.L.C.<br>2730 East Broadway Blvd., Suite 160<br>Tucson, Arizona 85716-5384<br>quigley@qw-law.com<br>Attorneys for St. Augustine Catholic High School |
| C. Taylor Ashworth and Alisa C. Lacey<br>Stinson Morrison Hecker LLP<br>1850 North Central Avenue, Suite 2100<br>Phoenix, Arizona 85004-4584<br>rmcgee@stinsonmoheck.com<br>Attorneys for _____ | Christopher J. Pattock<br>Office of the U.S. Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, Arizona 85003-1706<br>christopher.j.pattock@usdoj.gov |

| | |
|---|---|
| Lynne M. Cadigan and Kim E. Williamson<br>Cadigan & Williamson, PLLC<br>504 South Stone Avenue<br>Tucson, Arizona 85701<br>lmcadigan@qwest.net<br>kewilliamson@uswest.net<br>Attorneys for Plaintiffs | G. David Delozier, P.C.<br>4016 East Forest Pleasant Place<br>Cave Creek, Arizona 85331<br>gddelozier@aol.com<br>Attorney for John Doe XXIII, CV2004-007827 |
| Robert B. Millner, Kevin P. Kamraczewski, and Patrick C. Maxcy<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>Chicago, Illinois 60606<br>rmillner@sonnenschein.com<br>kevink@sonnenschein.com<br>pmaxcy@sonnenschein.com<br>Attorneys for Pacific Employers Insurance | Donald L. Gaffney<br>Jonathan M. Saffer<br>Snell & Wilmer, L.L.P.<br>One South Church Avenue, Suite 1500<br>Tucson, Arizona 85701-1630<br>dgaffney@swlaw.com<br>jmsaffer@swlaw.com<br>Attorneys for Pacific Employers Insurance |
| Ivan S. Abrams<br>177 North Church Avenue, Suite 200<br>Tucson, Arizona 85701<br>bisbeelaw@cs.com<br>Attorney for Cleothile Robles (C2004-3380), Meta and Phillip Hower (CV04-369) (009826EP01) | Neil J. Konigsberg<br>Konigsberg Law Office PLLC<br>2302 East Speedway, Suite 104<br>Tucson, Arizona 85719-4732<br>neil.konigsberg@azbar.org<br>Attorney for Tucson Electric Power Company |
| James A. Hayes, Jr.<br>Cummins & White<br>2424 S.E. Bristol Street, Suite 300<br>Newport Beach, California 92660<br>jhayes@cwlawyers.com<br>Attorneys for Roman Catholic Bishop of Orange | Christopher R. Kaup and Gregory W. Seibt<br>Tiffany & Bosco, P.A.<br>2525 East Camelback Road, Third Floor<br>Phoenix, Arizona 85016-4237<br>crk@tblaw.com  gws@tblaw.com<br>Attorneys for Biltmore Associates, L.L.C., as Agent |
| Nancy J. March<br>DeConcini McDonald Yetwin & Lacy, P.C.<br>2525 East Broadway Blvd., Suite 200<br>Tucson, Arizona 85716-5300<br>nmarch@dmyl.com<br>Attorneys for St. Paul Travelers | Robert K. Malone and Michael P. Pompeo<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932<br>Robert.Malone@dbr.com<br>Michael.Pompeo@dbr.com<br>Attorneys for St. Paul Travelers |

| A. Bates Butler | Charles L. Arnold |
| Fennemore Craig, P.C. | Frazer Ryan Goldberg Arnold & Gittler, LLP |
| One South Church, Suite 100 | 3101 N Central, Suite 1600 |
| Phoenix, AZ 85012-2615 | Phoenix, AZ 85012-2615 |
| bbutler@fclaw.com | Charles.Arnold@azbar.org |

By *M. Thompson* */s/ Beller*
Judicial Assistant