**G. DAVID DELOZIER, P.C.**
4016 East Forest Pleasant Place
Cave Creek, Arizona 85331
Phone: (480) 575-6660
Facsimile: (480) 575-6661
E-mail: gddelozier@aol.com

G. David DeLozier
State Bar of Arizona No. 005237
Attorney for Mother of John Doe XXIII

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF TUCSON, aka THE ROMAN CATHOLIC CHURCH DIOCESE OF TUCSON, aka THE DIOCESE OF TUCSON, an Arizona corporation sole,**<br><br>Debtor. | Bankruptcy No. **4-04-04721-JMM**<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE FOR MOTHER OF JOHN DOE XXIII and REQUEST FOR SPECIAL NOTICE |

**TO: CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES-IN-INTEREST**

**NOTICE IS HEREBY GIVEN** of the appearance of G. David DeLozier, the law firm of G. DAVID DELOZIER, P.C., 4016 East Forest Pleasant Place, Cave Creek, Arizona 85331, on behalf of the Mother of John Doe XXIII, Claimant herein, whose son, John Doe XXIII, has a case pending in the Maricopa County Superior Court, *JOHN DOE XXIII, Plaintiff, v. THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF TUCSON, a Corporation Sole, by and through Bishops Manual Moreno and Gerald Kicanas, their Predecessors and Successors; BISHOP MANUAL MORENO, a single man; COADJUTOR BISHOP GERALD F. KICANAS, a single man; THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF PHOENIX, a Corporation Sole, by and through Bishop Thomas J. Olmsted, his Predecessors and Successors; BISHOP THOMAS O'BRIEN, a single man; and, ST. GREGORY'S CHURCH AND PARISH,*

*Defendants, CV2004-007827,* one of which is the Debtor in the above-referenced bankruptcy case, and requests that the name and address set forth below be added to the master mailing list in this case.

CLAIMANT, pursuant to Bankruptcy Rule 2002, requests that a copy of all notices to creditors, equity security holders, lessors, creditor's committees, or equity security holders' committees, whether sent by the Court, the Debtor, or any other party in this case, also be sent to the address set forth below:

> G. David DeLozier, Esquire
> **LAW OFFICES OF G. DAVID DELOZIER, P.C.**
> 4016 E. Forest Pleasant Place
> Cave Creek, Arizona 85331
> E-mail: gddelozier@aol.com

**DATED** this ___13th___ day of March, 2005.

**G. DAVID DELOZIER, P.C.**

　　　/s/ G. David DeLozier
G. David DeLozier
Attorney for Claimant
John Doe XXIII

Original electronically filed with the Clerk of the Court
and a true and correct copy of the foregoing
**Notice of Appearance and Request for Special Notice**
was served on the persons shown on the attached list by
U.S. Mail, first class postage prepaid at Phoenix, Arizona
this 13th day of March, 2005, by ___/s/ G. David DeLozier___

**SERVICE LIST**
**THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF TUCSON**
**Chapter 11 Case No 4-04-04721-JMM**

| | | |
|---|---|---|
| Gerard R. O'Meara<br>GUST ROSENFELD<br>One S. Church Ave., #1900<br>Tucson, AZ  85701<br>gromeara@gustlaw.com<br>*Attorneys for the Diocese of Tucson* | Tom Zlaket<br>Thomas A. Zlaket, P.L.L.C.<br>310 S. Williams Blvd., #170<br>Tucson, AZ  85711-4446<br>tazlaket@qwest.net<br>*Attorneys for the Diocese of Tucson* | C. Taylor Ashworth and Alisa C. Lacey<br>Stinson Morrison Hecker LLP<br>1850 N. Central Ave. #2100<br>Phoenix, AZ  85004-4584<br>tashworth@stinsonmoheck.com<br>rmcgee@stinsonmoheck.com<br>Attorneys for Plaintiffs<br>*Attorneys for Official Creditors' Committee of Tort Creditors* |
| Lynne Cadigan<br>Kim E. Williamson<br>504 S. Stone Ave.<br>Tucson, AZ  85701<br>lmcadigan@qwest.net<br>kewilliamson@qwest.net<br>*Co-Counsel for Plaintiffs* | Lowell E. Rothschild<br>Michael McGrath<br>Mesh Clark & Rothschild, P.C.<br>259 N. Meyer Avenue<br>Tucson, AZ  85701-1090<br>lrothschild@mcrazlaw.com<br>mmcgrath@mcrazlaw.com<br>*Attorneys for Roman Catholic Parishes* | Rob Charles<br>Lewis and Roca LLP<br>One S. Church Ave., Suite 700<br>Tucson, AZ  85701-1611<br>rcharles@lrlaw.com<br>*Attorneys for Catholic Foundation for the Diocese of Tucson* |
| Neil J. Konigsberg<br>Konigsberg Law Office PLLC<br>2302 E. Speedway Blvd., #104<br>Tucson, AZ  85719-4732<br>Neil.konigsberg@azbar.org<br>*Attorneys for Tucson Electric Power* | Donald L. Gaffney<br>Jonathan M. Saffer<br>Snell & Wilmer L.L.P.<br>One S. Church Ave., #1500<br>Tucson, AZ  85701-1630<br>dgaffney@swlaw.com<br>jmsaffer@swlaw.com<br>*Attorneys for Pacific Employers Insurance Company* | Robert B. Millner<br>Kevin P. Kamraczewski<br>Patrick C. Maxcy<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>Chicago, IL  60606<br>rmillner@sonnenschein.com<br>kevink@sonnenschein.com<br>pmaxcy@sonnenschein.com<br>*Attorneys for Pacific Employers Insurance Company* |
| G. David DeLozier, P.C.<br>4016 E. Forest Pleasant Place<br>Cave Creek, AZ  85331<br>gddelozier@aol.com<br>*Attorneys for John Doe XXIII* | Nancy J. March<br>DeConcini, McDonald, Yetwin & Lacy, P.C.<br>2525 E. Broadway Blvd., #200<br>Tucson, AZ  85716-5300<br>nmarch@dmyl.com<br>*Attorneys for St. Paul Travelers* | Robert K. Malone<br>Michael P. Pompeo<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ  07932<br>Robert.malone@dbr.com<br>Michael.pompeo@dbr.com<br>*Attorneys for St. Paul Travelers* |

| | | |
|---|---|---|
| Christopher R. Kaup<br>Gregory W. Seibt<br>Tiffany & Bosco P.A.<br>Third Floor Camelback Esplanade<br>2525 E. Camelback Road<br>Phoenix, AZ  85016-4237<br>crk@tblaw.com<br>gws@tblaw.com<br>*Attorneys for Biltmore Associates as Agent for Certain Creditors* | Craig Goldblatt<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>2445 M Street<br>Washington, D.C.  20037<br>Craig.Goldblatt@wilmerhale.com<br>*Attorneys for Hartford Fire Insurance Company and First State Insurance Company* | James A. Hayes, Jr.<br>Cummins & White, LLP<br>2424 S.E. Bristol St., #300<br>Newport Beach, CA 92660-0757<br>jhayes@cwlawyers.com<br>*Attorneys for Roman Catholic Bishop of Orange (California)* |
| Christopher J. Pattock<br>Office of the U.S. Trustee<br>230 N. First Ave., Rm. 204<br>Phoenix, AZ  85003-1725<br>Christopher.j.pattoc@usdoj.gov | Marjorie Fisher Cunningham<br>Curtis & Cunningham<br>5610 E. 22nd Street<br>Tucson, AZ  85711-5525<br>mfc@theriver.com<br>*Attorneys for Plaintiffs* | Michael Zimmer<br>Zalkin & Zimmer LLP<br>12555 High Bluff Drive<br>Suite 215<br>San Diego, CA  92130<br>mz@zalkin.com<br>*Attorneys for Plaintiffs* |
| A. Bates Butler<br>Fennemore Craig, P.C.<br>One South Church, Suite 100<br>Tucson, Arizona 85701<br>bbutler@fclaw.com<br>*Unknown Claims Representative* | Charles L. Arnold<br>Frazer Ryan Goldberg Arnold & Gittler, LLP<br>3101 N Central, Suite 1600<br>Phoenix, AZ  85012-2615<br>Charles.Arnold@azbar.org<br>*Guardian Ad Litem* | Clifford B. Altfeld<br>Leonard Felker Altfeld Greenberg & Battaile, P.C.<br>250 N. Meyer Avenue<br>Tucson, AZ  85701<br>cbaltfeld@lfagb.com<br>*Attorneys for Plaintiffs* |
| *Lawrence S. Viola*<br>*Knapp & Viola*<br>*P. O. Box 1290*<br>*San Mateo, CA  94401*<br>*lviola@violaw.com*<br>*Attorneys for Plaintiffs* | *David A. Fitzgibbons*<br>*April P. Elliot*<br>*Fitzgibbons Law Offices, P.L.C.*<br>*711 E. Cottonwood Lane, Suite E*<br>*P. O. Box 11208*<br>*Casa Grande, AZ  85230*<br>*david@fitzgibbonslaw.com*<br>*aelliott@fitzgibbonslaw.com*<br>*Attorneys for St. Anthony de Padua School* | Sally M. Darcy<br>McEvoy, Daniels & Darcy, P.C.<br>Camp Lowell Corporate Center<br>4560 East Camp Lowell Dr.<br>Tucson, AZ  85712<br>darcysm@aol.com<br>*Attorneys for Unknown Claims Representative* |
| *Ivan S. Abrams*<br>*177 North Church Avenue*<br>*Suite 200*<br>*Tucson, AZ  85701*<br>bisbeelaw@cs.com<br>Attorney for Cleothile Robles (C2004-3380)<br>Meta and Phillip Hower (CV02-369)<br>(009826EP01) | *Walter F. Wood*<br>*110 S. Church Ave., Suite 4398*<br>*Tucson, AZ  85701*<br>walterfwood@aol.com | Susan G. Boswell and Kasey C. Nye<br>Quarles & Brady Streich Lang LLP<br>One South Church Avenue,<br>Suite 1700<br>Tucson, AZ  85701-1621<br>sboswell@quarles.com<br>knye@quarles.com<br>Attorneys for Debtor |
| Daniel J. Quigley<br>Quigley & Whitehill, P.L.C.<br>2730 East Broadway Blvd.<br>Suite 160<br>Tucson, AZ  85716-5384<br>*Quigley@gw-law.com*<br>*Attorneys for St. Augustine Catholic High School* | | |

And

Copies of the foregoing served:
Via U.S. Mail this ___13th___ day
of ___March_____, 2005, upon:

| First Catholic Slovak Ladies<br>24950 Chagrin Blvd.<br>Beachwood, OH 44122 | Terri Thiessen<br>3781 W. Golfcourse Rd.<br>Thatcher, AZ 85446 | Belen Alderete<br>215 N. West Moreland<br>Tucson, AZ 85745 |
|---|---|---|
| Thomas Groom<br>1700 Tortuga Way<br>Clarkdale, AZ 86324<br>*Official Creditors Committee of Tort Creditors* | Michael Moylan<br>1724 W. Pineriver Place<br>Tucson, AZ 85746<br>*Official Creditors Committee of Tort Creditors* | Jeanne Metzger<br>8743 E. Rose Lane<br>Scottsdale, AZ 85250<br>*Official Creditors Committee of Tort Creditors* |
| Diana Holmes<br>P. O. Box 1305<br>Sonoita, AZ 85637<br>*Official Creditors Committee of Tort Creditors* | Brian O'Connor<br>3704 S. Marvin<br>Tucson, AZ 85730<br>*Official Creditors Committee of Tort Creditors* | Confidential Claimant #86662<br>ASPC-Morey Blue 2-D-16<br>P.O. Box 3300<br>Buckeye, AZ 85326 |