# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

FILED
OCT 1 1 2005
U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: ) Chapter 11
)
THE ROMAN CATHOLIC CHURCH OF ) No. 4-04-bk-04721-JMM
DIOCESE OF TUCSON *aka* THE )
DIOCESE OF TUCSON, an Arizona ) **MEMORANDUM DECISION RE CLAIM**
corporation sole, ) **NO. 87/204**
)
Debtor. ) (Opinion to Post)

Before the court is an objection to claim no. 87/204. The claimant appeared in court, via telephone, on October 4, 2005; counsel for the various interested parties also appeared.

After consideration of the documents and pleadings filed with respect to this claim, and after considering the testimony of claimant no. 87/204, the court concludes that it must sustain the objection to the claim.

The court renders this decision for a number of reasons. First, the claim is 41 years old, the events in question having occurred in about 1964, when the claimant was only seven years old. Thus, the applicable statute of limitations would have run in approximately 1980, at the latest, 25 years ago. Second, the claimant was not able to persuade the court, on the record before it, of having had any type of repressed memory that was only recently triggered. Third, no expert witness was proffered by the claimant to bolster any theory of repressed memory. Fourth, the factual basis for the claim was not clear enough to warrant a finding of either liability or damages.

h:\wp\orders\diocese

Accordingly, an order will be issued disallowing claim no. 87/204.

Any appeal from such order must be filed no later than ten (10) days after it is entered.

DATED: October 11, 2005.

*/s/ James M. Marlar*
JAMES M. MARLAR
UNITED STATES BANKRUPTCY JUDGE

| | |
|---|---|
| 1  COPIES served as indicated below this 11 day of October, 2005, upon: | |

| | |
|---|---|
| Susan G. Boswell and Kasey C. Nye<br>Quarles & Brady Streich Lang LLP<br>One South Church Avenue, Suite 1700<br>Tucson, Arizona 85701-1621<br>sboswell@quarles.com<br>knye@quarles.com<br>Attorneys for Debtor | Lowell E. Rothschild and Michael McGrath<br>Mesch, Clark & Rothschild, P.C.<br>259 North Meyer Avenue<br>Tucson, Arizona 85701-1090<br>lrothschild@mcrazlaw.com<br>mmcgrath@mcrazlaw.com<br>Attorneys for Roman Catholic Parishes |
| C. Taylor Ashworth and Alisa C. Lacey<br>Stinson Morrison Hecker LLP<br>1850 North Central Avenue, Suite 2100<br>Phoenix, Arizona 85004-4584<br>tashworth@stinsonmoheck.com<br>rmcgee@stinsonmoheck.com<br>Attorneys for Plaintiffs | Christopher J. Pattock<br>Office of the U.S. Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, Arizona 85003-1706<br>christopher.j.pattock@usdoj.gov |
| Lynne M. Cadigan and Kim E. Williamson<br>Cadigan & Williamson, PLLC<br>504 South Stone Avenue<br>Tucson, Arizona 85701<br>lmcadigan@qwest.net<br>kewilliamson@uswest.net<br>Attorneys for Plaintiffs | Sally M. Darcy<br>McEvoy, Daniels & Darcy, P.C.<br>4560 East Camp Lowell Drive<br>Tucson, Arizona 85712<br>darcysm@aol.com<br>Attorneys for Unknown Claims Representative |
| Charles L. Arnold<br>Frazer Ryan Goldberg Arnold & Gittler<br>3101 North Central Avenue, Suite 1600<br>Phoenix, Arizona 85012-2615<br>carnold@frgaglaw.com<br>Guardian Ad Litem | A. Bates Butler<br>Fennemore Craig, P.C.<br>One South Church Avenue, Suite 100<br>Tucson, Arizona 85701<br>bbutler@fclaw.com<br>Unknown Claims Representative |
| Legal Mail<br>Claimant 87/204<br>Arizona State Prison<br>Tucson / Santa Rita<br>P.O. Box 24406<br>Tucson, AZ 85734<br>U.S. Mail | |

By _/s/ MB Thompson_
Judicial Assistant