**SIGNED.**



Dated: February 04, 2008

_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF TUCSON *a.k.a.* THE DIOCESE OF TUCSON, an Arizona corporation sole, | No. 4-04-bk-04721-JMM |
| | **MEMORANDUM DECISION** |
| Debtor. | |

    The Tort Claimants Committee has asked the court to approve a distribution from the reserve of money earmarked for unknown future claimants, consisting of minors and/or general unknown parties. (Dkt. #1162). The Tort Claimants have asked the court to release $3,000,000, which could then be redistributed to them. The Unknown Claims class, represented by A. Bates Butler, opposes such relief, contending that the request is currently premature, and that the amount requested is too high. He suggests, however, that $1,000,000 is a reasonable and realistic amount to reallocate and redistribute.

    The guardian ad litem for the minor children class of claimants, Charles L. Arnold, agrees with Mr. Butler's position.

    The court also believes that decisions which affect Unknown Claimants must be approached cautiously. The plan was confirmed in July, 2005, and was an emotional, as well as legal experience.

The mutual effort of all involved produced a humane result. To move too quickly could adversely impact innocent parties whom all have striven so diligently to protect. Caution must therefore be the watchword. The court must give the Unknown Claims representatives' positions deference.

Accordingly, the court will authorize the release of $1,000,000 for redistribution, pursuant to the confirmed plan. The parties may prepare a stipulated form of order for presentation to the court.

DATED AND SIGNED ABOVE.

COPIES served as indicated below
on the date signed above:

Susan G. Boswell and Kasey C. Nye
Quarles & Brady LLP
One South Church Avenue, Suite 1700
Tucson, Arizona 85701-1621
sboswell@quarles.com
Attorneys for Debtor

Lowell E. Rothschild and Michael McGrath
Mesch, Clark & Rothschild, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701-1090
Email ecfbk@mcrazlaw.com

Tom Zlaket
Thomas A. Zlaket, P.L.L.C.
310 S. Williams Blvd., #770
Tucson, AZ 85711-4446
tazlaket@qwest.net
Attorneys for the Diocese of Tucson

Rob Charles
Lewis and Roca LLP
One S. Church Ave., Suite 700
Tucson, AZ 85701-1611
rcharles@lrlaw.com
Attorneys for Catholic Foundation for the Diocese of Tucson

Christopher Graver
Stinson Morrison Hecker LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4584
cgraver@stinsonmoheck.com
Attorneys for Official Committee of Tort Claimants

Gerard R. O'Meara
Gust Rosenfeld
One S. Church Ave., #1900
Tucson, AZ 85701
gromeara@gustlaw.com
Attorneys for the Diocese of Tucson

Lynne Cadigan
Kim E. Williamson
504 S. Stone Ave.
Tucson, AZ 85701
lmcadigan@qwest.net and kewilliamson@qwest.net
Co-Counsel for Plaintiffs

Neil J. Konigsberg
Konigsberg Law Office PLLC
2302 E. Speedway Blvd., #104
Tucson, AZ 85719-4732
Neil.konigsberg@azbar.org
Attorneys for Tucson Electric Power

| | | |
|---|---|---|
| 1 | Donald L. Gaffney and Jonathan M. Saffer<br>Snell & Wilmer L.L.P.<br>One S. Church Ave., #1500<br>Tucson, AZ 85701-1630<br>dgaffney@swlaw.com and jmsaffer@swlaw.com<br>Attorneys for Pacific Employers Insurance Company | Robert B. Millner, Kevin P. Kamraczewski, and Patrick C. Maxcy<br>Sonnenschein Nath & Rosenthal<br>8000 Sears Tower<br>Chicago, IL 60606<br>rmillner@sonnenschein.com, kevink@sonnenschein.com and pmaxcy@sonnenschein.com<br>Attorneys for Pacific Employers Insurance Company |
| 2 | G. David Delozier, P.C.<br>4016 E. Forest Pleasant Place<br>Cave Creek, AZ 85331<br>gddelozier@aol.com<br>Attorneys for John Doe XXIII, Mother of John Doe XXIII, and Confidential Claimant #86662 | Nancy J. March<br>DeConcini, McDonald, Yetwin & Lacy, P.C.<br>2525 E. Broadway Blvd., #200<br>Tucson, AZ 85716-5300<br>nmarch@dmyl.com<br>Attorneys for St. Paul Travelers |
| 3 | Robert K. Malone and Michael P. Pompeo<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932<br>Robert.malone@dbr.com and Michael.pompeo@dbr.com<br>Attorneys for St. Paul Travelers | Christopher R. Kaup<br>Tiffany & Bosco P.A.<br>Third Floor Camelback Esplanade<br>2525 E. Camelback Road<br>Phoenix, AZ 85016-4237<br>crk@tblaw.com<br>Attorneys for Biltmore Associates as Agent for Certain Creditors |
| 4 | Craig Goldblatt<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>2445 M Street<br>Washington, D.C. 20037<br>Craig.Goldblatt@wilmerhale.com<br>Attorneys for Hartford Fire Insurance Company and First State Insurance Company | James A. Hayes, Jr.<br>Cummins & White, LLP<br>2424 S.E. Bristol St., #300<br>Newport Beach, CA 92660-0757<br>jhayes@cwlawyers.com<br>Attorneys for Roman Catholic Bishop of Orange (California) |
| 5 | Christopher J. Pattock<br>Office of the U.S. Trustee<br>230 N. First Ave., Rm. 204<br>Phoenix, AZ 85003-1725<br>christopher.j.pattock@usdoj.gov | Marjorie Fisher Cunningham<br>Curtis & Cunningham<br>5610 E. 22nd Street<br>Tucson, AZ 85711-5525<br>mfc@theriver.com<br>Attorneys for Plaintiffs |
| 6 | Michael Zimmer<br>Zalkin & Zimmer LLP<br>12555 High Bluff Drive Suite 215<br>San Diego, CA 92130<br>mz@zalkin.com<br>Attorneys for Plaintiffs | A. Bates Butler<br>Fennemore Craig, P.C.<br>One South Church, Suite 100<br>Phoenix, AZ 85012-2615<br>bbutler@fclaw.com<br>Unknown Claims Representative |
| 7 | Charles L. Arnold<br>Frazer Ryan Goldberg Arnold & Gittler, LLP<br>3101 N Central, Suite 1600<br>Phoenix, AZ 85012-2615<br>Charles.Arnold@azbar.org<br>Guardian Ad Litem | Clifford B. Altfeld<br>Leonard Felker Altfeld Greenberg & Battaile, P.C.<br>250 N. Meyer Avenue<br>Tucson, AZ 85701<br>cbaltfeld@lfagb.com<br>Attorneys for Plaintiffs |

*SIGNED* (watermark)

| | |
|---|---|
| Lawrence S. Viola<br>Knapp & Viola<br>P.O. Box 1290<br>San Mateo, CA 94401<br>lviola@violaw.com<br>Attorney for Plaintiffs | David A. Fitzgibbons<br>Fitzgibbons Law Offices, P.L.C.<br>711 E. Cottonwood Lane, Suite E<br>Casa Grande, AZ 85230<br>david@fitzgibbonslaw.com<br>Attorneys for St. Anthony de Padua School |
| Sally M. Darcy<br>McEvoy, Daniels & Darcy, P.C.<br>4560 East Camp Lowell Dr.<br>Tucson, AZ 85712<br>darcysm@aol.com<br>Attorneys for Unknown Claims Representative | Walter F. Wood<br>Walter F. Wood, LTD.<br>110 S. Church Ave., Suite 4398<br>Tucson, AZ 85701<br>walterfwood@aol.com<br>Attorney for Brian O'Connor |
| Ivan S. Abrams<br>Law Offices of Ivan S. Abrams<br>177 North Church Ave., Suite 200<br>Tucson, AZ 85701<br>tucson3985@aol.com | Daniel J. Quigley<br>Quigley & Whitehill, P.L.C.<br>2730 E. Broadway Blvd. #160<br>Tucson, AZ 85716-5384<br>Quigley@qw-law.com<br>Attorneys for St. Augustine Catholic High School |
| First Catholic Slovak Ladies<br>24950 Chagrin Blvd.<br>Beachwood, OH 44122<br>U.S. Mail | Terri Thiessen<br>3781 W. Golfcourse Rd.<br>Thatcher, AZ 85446<br>U.S. Mail |
| Belen Alderete<br>215 N. West Moreland<br>Tucson, AZ 85745<br>U.S. Mail | Michael Moylan<br>1724 W. Pineriver Place<br>Tucson, AZ 85746<br>Official Creditors Committee of Tort Creditors / U.S. Mail |
| Jeanne Metzger<br>8743 E. Rose Lane<br>Scottsdale, AZ 85250<br>Official Creditors Committee of Tort Creditors / U.S. Mail | Brian O'Connor<br>3704 S. Marvin<br>Tucson, AZ 85730<br>Official Creditors Committee of Tort Creditors / U.S. Mail |

By /s/ M. B. Thompson
    Judicial Assistant